1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

        v.

ALFREDO ISMAEL FLORES-ESCARCEGA (1),

            Defendant.

Case No. 95CR1344-H

JUDGMENT AND
ORDER OF DISMISSAL

     Based upon the motion of the United States (Doc. No. 21), the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Alfredo Ismael Flores-Escarcega. The defendant is hereby discharged as to this case only and the bench warrant issued on March 2, 1995 by the Honorable Cynthia G. Aaron is hereby recalled.

     IT IS SO ORDERED AND ADJUDGED.

DATED: May 8, 2020

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-